**No. 46161.**—Protest 3703–K of T. Saji Co. (Los Angeles).

Opinion by TILSON, J. Counsel agreed at the trial that the handbags are composed in chief value of cotton. In accordance therewith and in view of the appraiser's testimony the court found that the evidence was not sufficient to overcome the presumption of correctness attaching to the action of the collector. The protest was therefore overruled. •